IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERESA BENNETT,<br>    Plaintiff,<br><br>v.<br><br>SHARP MEXICAN, INC. AND MARIO L. MESSINA<br>    Defendants. | CIVIL ACTION NO. 3:14-CV-3737-D<br><br>COMPLAINT OF DISABILITY ACCOMMODATIONS DISCRIMINATION |

## NOTICE OF VOLUNTARY DISMISSAL
## AGAINST DEFENDANT SHARP MEXICAN, INC.

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A), TERESA BENNETT voluntarily dismisses the above captioned action against Defendant **SHARP MEXICAN, INC.**

In support of this motion, Plaintiff would show that no answer has been filed and no counter claims or other pleading seeking affirmative relief on behalf of Defendant are now pending.

At this time it is Plaintiff's intention to continue to seek injunctive relief only against Defendant **MARIO L. MESSINA**.

DATED: December 8, 2014

Respectfully submitted,

         *s/Kenneth Carden*
**KENNETH D. CARDEN**
Bar Card No. 03787300
Carden Law, PLLC
1409 South Lamar # 601
Dallas, Texas 75215
Tel. 214.85.3535
Fax 214.485.3536
Carden@ADA-Law.com

**Attorney for Ms. Bennett**